# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA CERVANTES,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | No. 1:16-cv-000215-SAB<br><br>**ORDER RE STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF TO AUGUST 24, 2016**<br><br>**(ECF No. 10)** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Confidential Letter Brief in the above-referenced case is hereby extended from the present due date of July 25, 2016, by thirty days, to the new due date of August 24, 2016, **and all other deadlines be extended accordingly**. This extension is requested because the writer has made prior arrangement for a family reunion.

DATED: July 5, 2016                  PHILLIP TALBERT
                                                   Acting United States Attorney

|   |   |
|---|---|
|   | DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Langley Kreuze*<br>LANGLEY KREUZE<br>Attorney for Plaintiff | */s/ Richard M. Rodriguez*<br>RICHARD M. RODRIGUEZ<br>(As authorized via E-mail on 07/05/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:  **July 6, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

LANGLEY KREUZE, SBN: 254739
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MICAELA CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　　Defendant. | No. 1:16-CV-00215-SAB<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF** |

　　　Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to File A Confidential Letter Brief, the request is hereby APPROVED.

　　　Plaintiff shall file her Confidential Letter Brief on or before August 24, 2016.

　　　SO ORDERED.

　　　DATED:_____

　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3