# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00215-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

Plaintiff Micaela Cervantes filed this action on February 12, 2016. Pursuant to the scheduling order issued February 17, 2016, in the event Defendant does not agree to a remand, Plaintiff shall file and serve an opening brief with the court and on Defendant within thirty (30) days of service of Defendant's response. (ECF No. 3-1.) On July 7, 2016, an order issued addressing the parties' stipulation for an extension of time for Plaintiff to serve a confidential letter brief and an extension for all other deadlines. (ECF No. 11.) Defendant served her confidential letter brief on September 26, 2016. (ECF No. 13.) Therefore, Plaintiff's opening brief was to be filed on or before October 31, 2016. Plaintiff did not file an opening brief by October 31, 2016.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a written response to this order to show cause why this action should not be dismissed for failure to prosecute within five (5) days of the date of service of this order.  Failure to comply with this order to show cause shall result in this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **November 3, 2016**

UNITED STATES MAGISTRATE JUDGE