# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAELA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-00215-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 14, 15) |

　　　　Plaintiff Micaela Cervantes filed this action on February 12, 2016. Pursuant to the scheduling order issued February 17, 2016, in the event Defendant does not agree to a remand, Plaintiff shall file and serve an opening brief with the court and on Defendant within thirty (30) days of service of Defendant's response. (ECF No. 3-1.) On July 7, 2016, an order issued addressing the parties' stipulation for an extension of time for Plaintiff to serve a confidential letter brief and an extension for all other deadlines. (ECF No. 11.) Defendant served her confidential letter brief on September 26, 2016. (ECF No. 13.) Therefore, Plaintiff's opening brief was to be filed on or before October 31, 2016. Plaintiff did not file an opening brief by October 31, 2016.

　　　　On November 4, 2016, the Court issued an order requiring Plaintiff to file a written response to show cause why this action should not be dismissed for failure to prosecute. (ECF

No. 14.) Plaintiff filed a response on November 7, 2016. (ECF No. 15.) Based on the response, the Court shall discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed on November 4, 2016, is DISCHARGED;
2. Plaintiff's opening brief shall be filed on or before November 22, 2016;
3. Defendant's opposition shall be filed on or before December 27, 2016; and
4. Plaintiff's reply, if any, shall be filed on or before January 17, 2017.

IT IS SO ORDERED.

Dated:   **November 9, 2016**

UNITED STATES MAGISTRATE JUDGE